Certificate Number: 03621-PAE-DE-039364271

Bankruptcy Case Number: 25-10326



03621-PAE-DE-039364271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2025, at 4:36 o'clock PM EST, Megan A Hurley completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 21, 2025              By:      /s/Ashley Bradley

                                       Name:    Ashley Bradley

                                       Title:   Credit Counselor