**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Megan A Hurley a/k/a Megan Ann Marco | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-10326 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1 and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
21 Feb 2025, 15:30:01, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9428b87399ad6243184f604064a1646ebcad289e0d6a22e525ad49b9f7211fdc