**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

paylocity

Direct Deposit Advice

**Check Date**
November 22, 2024

**Voucher Number**
73900

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | | 1,110.58 |
| **Total Direct Deposits** | | | **1,110.58** |

N6467  260  7362  73900  80043       N6467

**Megan A Hurley**
7 Madison Rd
Willow Grove, PA  19090-3032

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### HANSEN PROPERTIES INC

**Megan A Hurley**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | | Fed Taxable Income | 1,359.75 | Check Date    November 22, 2024 |
| Location | | 260 | Fed Filing Status | S | Period Beginning  November 2, 2024 |
| Hourly | | $19.50 | State Filing Status | S-0 | Period Ending     November 15, 2024 |

| | |
|---|---|
| Voucher Number | 73900 |
| Net Pay | 1,110.58 |
| Total Hours Worked | 69.73 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CASH TIP | | | | 280.00 |
| CHARGE | | | | 66.22 |
| REFERRA | | | | 150.00 |
| REGULAR | 19.50 | 69.73 | 1,359.75 | 19,894.67 |
| **Gross Earnings** | | **69.73** | **1,359.75** | **20,390.89** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 86.86 | 770.33 |
| MED | 19.72 | 295.69 |
| PA | 41.74 | 625.99 |
| PA-462203 | 13.60 | 203.91 |
| PA-WHI9 | 2.00 | 46.00 |
| PASUI-E | 0.95 | 14.27 |
| SS | 84.30 | 1,264.21 |
| **Taxes** | **249.17** | **3,220.40** |

| Deductions | Amount | YTD |
|---|---|---|
| CASH TIPS | | 280.00 |
| | | 280.00 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Univest Nat'l Bank & Trust Co | C    ***6931 | 1,110.58 |
| **Total Direct Deposits** | | **1,110.58** |

HANSEN PROPERTIES INC | 1401 Morris Rd  Blue Bell, PA 19422 | FEIN: 23-2707267

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

**paylocity**

Direct Deposit Advice

**Check Date**  December 6, 2024

**Voucher Number**  74237

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | | 684.75 |
| **Total Direct Deposits** | | | **684.75** |

N6467   260   7362 74237 80384        N6467

**Megan A Hurley**
7 Madison Rd
Willow Grove, PA  19090-3032

## Non Negotiable - This is not a check - Non Negotiable

### HANSEN PROPERTIES INC

**Megan A Hurley**

| | | | | | | | | **Earnings Statement** |
|---|---|---|---|---|---|---|---|---|
| Employee ID | | | ed Taxable Income | 806.27 | Check Date | December 6, 2024 | Voucher Number | 74237 |
| Location | | 260 | Fed Filing Status | S | Period Beginning | November 16, 2024 | Net Pay | 684.75 |
| Hourly | | $19.50 | State Filing Status | S-0 | Period Ending | November 29, 2024 | Total Hours Worked | 40.83 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CASH TIP | | | | 280.00 |
| CHARGE | | 0.00 | 10.00 | 76.22 |
| REFERRA | | | | 150.00 |
| REGULAR | 19.50 | 40.83 | 796.27 | 20,690.94 |
| **Gross Earnings** | | **40.83** | **806.27** | **21,197.16** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 24.47 | 794.80 |
| MED | 11.69 | 307.38 |
| PA | 24.75 | 650.74 |
| PA-462203 | 8.06 | 211.97 |
| PA-WHI9 | 2.00 | 48.00 |
| PASUI-E | 0.56 | 14.83 |
| SS | 49.99 | 1,314.20 |
| **Taxes** | **121.52** | **3,341.92** |

| Deductions | Amount | YTD |
|---|---|---|
| CASH TIPS | | 280.00 |
| | | 280.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 684.75 |
| **Total Direct Deposits** | | | **684.75** |

HANSEN PROPERTIES INC | 1401 Morris Rd  Blue Bell, PA 19422 | FEIN: 23-2707267

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

paylocity

Direct Deposit Advice

**Check Date**
December 20, 2024

**Voucher Number**
74558

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | | 804.51 |
| **Total Direct Deposits** | | | **804.51** |

N6467   260   7362 74558 80708         N6467

Megan A Hurley
7 Madison Rd
Willow Grove, PA  19090-3032

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### HANSEN PROPERTIES INC

**Megan A Hurley**                                                                                      **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 959.40 | Check Date | December 20, 2024 |
| Location | 260 | Fed Filing Status | S | Period Beginning | November 30, 2024 |
| Hourly | $19.50 | State Filing Status | S-0 | Period Ending | December 13, 2024 |

| | |
|---|---|
| Voucher Number | 74558 |
| Net Pay | 804.51 |
| Total Hours Worked | 49.20 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CASH TIP | | | | 280.00 |
| CHARGE | | | | 76.22 |
| REFERRA | | | | 150.00 |
| REGULAR | 19.50 | 49.20 | 959.40 | 21,650.34 |
| **Gross Earnings** | | **49.20** | **959.40** | **22,156.56** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 39.79 | 834.59 |
| MED | 13.91 | 321.29 |
| PA | 29.45 | 680.19 |
| PA-462203 | 9.59 | 221.56 |
| PA-WHI9 | 2.00 | 50.00 |
| PASUI-E | 0.67 | 15.50 |
| SS | 59.48 | 1,373.68 |
| **Taxes** | **154.89** | **3,496.81** |

| Deductions | Amount | YTD |
|---|---|---|
| CASH TIPS | | 280.00 |
| | | **280.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 804.51 |
| **Total Direct Deposits** | | | **804.51** |

HANSEN PROPERTIES INC | 1401 Morris Rd  Blue Bell, PA 19422 | FEIN: 23-2707267

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 3, 2025 | 74887 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | | 718.35 |
| **Total Direct Deposits** | | | **718.35** |

N6467   260   7362   74887   81037        N6467

**Megan A Hurley**
7 Madison Rd
Willow Grove, PA  19090-3032

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### HANSEN PROPERTIES INC

**Megan A Hurley**                                                                                              **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | | | Fed Taxable Income | 991.76 | Check Date | **January 3, 2025** | Voucher Number | 74887 |
| Location | | 260 | Fed Filing Status | S | Period Beginning | **December 14, 2024** | Net Pay | 718.35 |
| Hourly | | $19.50 | State Filing Status | S-0 | Period Ending | **December 27, 2024** | Total Hours Worked | 50.23 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| CASH TIP | | 0.00 | 113.00 | | 113.00 |
| CHARGE | | 0.00 | 20.34 | | 20.34 |
| REGULAR | 2.83 | 7.27 | 20.56 | | 858.42 |
| REGULAR | 19.50 | 42.97 | 837.86 | | |
| **Gross Earnings** | | **50.23** | **991.76** | | **991.76** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 41.48 | 41.48 |
| MED | 14.38 | 14.38 |
| PA | 30.45 | 30.45 |
| PA-462203 | 9.92 | 9.92 |
| PA-WHI9 | 2.00 | 2.00 |
| PASUI-E | 0.69 | 0.69 |
| SS | 61.49 | 61.49 |
| **Taxes** | **160.41** | **160.41** |

| Deductions | Amount | YTD |
|---|---|---|
| CASH TIPS | 113.00 | 113.00 |
| **Deductions** | **113.00** | **113.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 718.35 |
| **Total Direct Deposits** | | | **718.35** |

HANSEN PROPERTIES INC | 1401 Morris Rd  Blue Bell, PA 19422 | FEIN: 23-2707267

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

**paylocity**

**Direct Deposit Advice**

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 17, 2025 | 75210 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | | 593.05 |
| **Total Direct Deposits** | | | **593.05** |

N6467  260  7362  75210  81360        N6467

Megan A Hurley
7 Madison Rd
Willow Grove, PA  19090-3032

## Non Negotiable - This is not a check - Non Negotiable

### HANSEN PROPERTIES INC

**Megan A Hurley**

| | | | | | | **Earnings Statement** |
|---|---|---|---|---|---|---|
| Employee ID | | | Fed Taxable Income | 687.06 | Check Date | January 17, 2025 | Voucher Number | 75210 |
| Location | | 260 | Fed Filing Status | S | Period Beginning | December 28, 2024 | Net Pay | 593.05 |
| Hourly | | $19.50 | State Filing Status | S-0 | Period Ending | January 10, 2025 | Total Hours Worked | 35.23 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CASH TIP | | | | 113.00 |
| CHARGE | | | | 20.34 |
| REGULAR | 19.50 | 35.23 | 687.06 | 1,545.48 |
| **Gross Earnings** | | **35.23** | **687.06** | **1,678.82** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 11.01 | 52.49 |
| MED | 9.96 | 24.34 |
| PA | 21.09 | 51.54 |
| PA-462203 | 6.87 | 16.79 |
| PA-WHI9 | 2.00 | 4.00 |
| PASUI-E | 0.48 | 1.17 |
| SS | 42.60 | 104.09 |
| **Taxes** | **94.01** | **254.42** |

| Deductions | Amount | YTD |
|---|---|---|
| CASH TIPS | | 113.00 |
| | | 113.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 593.05 |
| **Total Direct Deposits** | | | **593.05** |

HANSEN PROPERTIES INC | 1401 Morris Rd  Blue Bell, PA 19422 | FEIN: 23-2707267