# Earnings Statement

Employee ID

| | |
|---|---|
| Period Beg/End: | 11/10/2024 - 11/23/2024 |
| Advice Date: | 11/29/2024 |
| Advice Number: | 0005514180 |
| Batch Number: | SC9RJMWNMVHZ |

Page 001 of 001

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked: 10.52
Basis of Pay: Hourly
Pay Rate: 14.79

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.7900 | 10.52 | 155.60 | 2644.44 |
| Gross Pay | | | 155.60 | 2644.44 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Medicare | | 2.25 | 38.34 |
| OASDI | | 9.65 | 163.96 |
| SUI-Team Member Paid - PA | | 0.11 | 1.85 |
| City Tax - WRNGT | | 1.56 | 26.44 |
| PA LST - WRNGT | | 2.00 | 48.00 |
| State Tax - PA | | 4.78 | 81.19 |
| Total Taxes | | 20.35 | 359.78 |
| Net Pay | | 135.25 | 2284.66 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| Checking | XXXXXX6931 | 135.25 |
|---|---|---|

Your Federal taxable wages for this period are: $155.60

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVD)

---

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Advice Number: 0005514180
Advice Date: 11/29/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| megan hurley | Checking X...6931 | | $135.25 |

# Earnings Statement

Employee ID

| | |
|---|---|
| Period Beg/End: | 11/24/2024 - 12/07/2024 |
| Advice Date: | 12/13/2024 |
| Advice Number: | 0005565702 |
| Batch Number: | SCXW6ILNRLUM |

Page 001 of 001

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked:  26.58
Basis of Pay:  Hourly
Pay Rate:  14.79

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.7900 | 26.58 | 393.14 | 3037.58 |
| Gross Pay | | | 393.14 | 3037.58 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Team Member Paid - PA | 0.28 | 2.13 |
| Medicare | 5.70 | 44.04 |
| OASDI | 24.37 | 188.33 |
| City Tax - WRNGT | 3.93 | 30.37 |
| PA LST - WRNGT | 2.00 | 50.00 |
| State Tax - PA | 12.07 | 93.26 |
| Total Taxes | 48.35 | 408.13 |
| Net Pay | 344.79 | 2629.45 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 344.79 |

Your Federal taxable wages for this period are: $393.14

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

| | |
|---|---|
| Advice Number: | 0005565702 |
| Advice Date: | 12/13/2024 |

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| megan hurley | Checking | | $344.79 |

# Earnings Statement

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Employee ID
Period Beg/End: 12/08/2024 - 12/21/2024
Advice Date: 12/27/2024
Advice Number: 0005601036
Batch Number: SCCDK3DJYHFD
Page 001 of 001

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked: 19.16
Basis of Pay: Hourly
Pay Rate: 14.79

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.7900 | 19.16 | 283.39 | 3320.97 |
| Gross Pay | | | 283.39 | 3320.97 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| OASDI | | 17.57 | 205.90 |
| SUI-Team Member Paid - PA | | 0.19 | 2.32 |
| Medicare | | 4.11 | 48.15 |
| PA LST - WRNGT | | 2.00 | 52.00 |
| State Tax - PA | | 8.70 | 101.96 |
| City Tax - WRNGT | | 2.83 | 33.20 |
| Total Taxes | | 35.40 | 443.53 |
| Net Pay | | 247.99 | 2877.44 |

**Other Deductions**

| | This Period | Year-to-Date |
|---|---|---|

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| Checking | XXXXXX6931 | 247.99 |
|---|---|---|

Your Federal taxable wages for this period are: $283.39

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVD)

---

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Advice Number: 0005601036
Advice Date: 12/27/2024

**THIS IS NOT A CHECK**

**Deposited to the account of** | **Account Number** | **Transit** | **ABA** | **Amount**
megan hurley | Checking | | | $247.99

# Earnings Statement

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Employee ID
Period Beg/End: 12/22/2024 - 01/04/2025
Advice Date: 01/10/2025
Advice Number: 0005663666
Batch Number: SC66QI5ISN7Q

Page 001 of 001

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked:   6.25
Basis of Pay:   Hourly
Pay Rate:   14.79

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.7900 | 6.25 | 92.45 | 92.45 |
| Gross Pay | | | 92.45 | 92.45 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Team Member Paid - PA | 0.06 | 0.06 |
| Medicare | 1.34 | 1.34 |
| State Tax - PA | 2.84 | 2.84 |
| City Tax - WRNGT | 0.92 | 0.92 |
| PA LST - WRNGT | 2.00 | 2.00 |
| OASDI | 5.73 | 5.73 |
| Total Taxes | 12.89 | 12.89 |
| Net Pay | 79.56 | 79.56 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 79.56 |

Your Federal taxable wages for this period are: $92.45

*Excluded from taxable wages

© 2002 AutomaticData Processing (PC3UV5)

---

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Advice Number: 0005663666
Advice Date: 01/10/2025

**Deposited to the account of**   Account Number   Transit   ABA   Amount
megan hurley                     Checking                            $79.56

**THIS IS NOT A CHECK**

## Earnings Statement

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Employee ID
Period Beg/End: 01/05/2025 - 01/18/2025
Advice Date: 01/24/2025
Advice Number: 0005696458
Batch Number: SC97GKRV5CCW

Page 001 of 001

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked:    11.80
Basis of Pay:          Hourly
Pay Rate:              14.79

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.7900 | 11.80 | 174.54 | 266.99 |
| Gross Pay | | | 174.54 | 266.99 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Medicare | | | 2.53 | 3.87 |
| OASDI | | | 10.82 | 16.55 |
| SUI-Team Member Paid - PA | | | 0.13 | 0.19 |
| PA LST - WRNGT | | | 2.00 | 4.00 |
| State Tax - PA | | | 5.36 | 8.20 |
| City Tax - WRNGT | | | 1.75 | 2.67 |
| Total Taxes | | | 22.59 | 35.48 |
| Net Pay | | | 151.95 | 231.51 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| Checking | XXXXXX6931 | 151.95 |
|---|---|---|

Your Federal taxable wages for this period are: $174.54

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUV3)

---

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Advice Number: 0005696458
Advice Date: 01/24/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| megan hurley | Checking | | $151.95 |