# Earnings Statement



*ABERCROMBIE & FITCH STORES INC*
*6301 FITCH PATH*
*NEW ALBANY, OH 43054*

| | |
|---|---|
| Period Beginning: | 10/20/2024 |
| Period Ending: | 11/02/2024 |
| Pay Date: | 11/08/2024 |

**MEGAN A HURLEY**
**7 MADISON RD**
**WILLOW GROVE PA 19090**

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.7500 | 3.85 | 41.39 | 128.09 |
| **Gross Pay** | | | **$41.39** | 128.09 |

## Deductions

| Deductions | Statutory | this period | |
|---|---|---|---|
| | Social Security Tax | -2.56 | 7.94 |
| | Medicare Tax | -0.60 | 1.86 |
| | PA State Income Tax | -1.27 | 3.93 |
| | Abington Twp Income Tax | -0.41 | 1.29 |
| | Abington Twp Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -0.03 | 0.09 |
| | **Net Pay** | **$34.52** | |
| | Checking | -34.52 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $41.39

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 3.85 | |

EMPLOYEE ID                02350226

### Important Notes
1-866-367-1892

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
   PA:                Single
Exemptions/Allowances:
   PA:                0

### Earnings by Week

| Week 1: | Rate | Hours | Earnings |
|---|---|---|---|
| | 10.7500 | 2.53 | 27.20 |
| Subtotal | | | **27.20** |

| Week 2: | Rate | Hours | Earnings |
|---|---|---|---|
| | 10.7500 | 1.32 | 14.19 |
| Subtotal | | | **14.19** |
| Grand Total | | | **41.39** |

© 2000 ADP, Inc.

ABERCROMBIE & FITCH STORES INC
6301 FITCH PATH
NEW ALBANY, OH 43054

| | |
|---|---|
| Advice number: | **00000458224** |
| Pay date: | 11/08/2024 |

Deposited to the account of
**MEGAN A HURLEY**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx6931 | xxxx xxxx | $34.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**