United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10326-djb |
| Megan A Hurley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan A Hurley, 7 Madison Road, Willow Grove, PA 19090-3032 |
| 14978832 | + | Advanced Dermatology Associates, LTD., 1259 S. Cedar Crest Blvd, Suite 100, Allentown, PA 18103-6288 |
| 14978834 | + | NJ EZ Pass Violation, PO Box 52005, Newark, NJ 07101-8205 |
| 14978835 | + | PA EZ Pass, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14972282 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |
| 14980887 | + | U.S. Bank National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14972283 | + | U.S. Bank, N.A. Trustee on behalf of Cit, 999 N.W. Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:50 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14972253 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2025 00:43:45 | Affirm, PO Box 6760, Pittsburgh, PA 15212-0760 |
| 15024535 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14972254 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14972255 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:43 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14972256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14972257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Capital/IKEA, Po Box 182120, Columbus, OH 43218-2120 |
| 14972258 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenitycapital/michae, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14972259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenitycapital/michae, Po Box 182120, Columbus, OH 43218-2120 |
| 14972260 | + | Email/Text: ebnnotifications@creditacceptance.com | | |

Case 25-10326-djb   Doc 40   Filed 12/12/25   Entered 12/13/25 00:37:42   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: pdf900 | Total Noticed: 51 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 11 2025 00:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14972261 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 11 2025 00:36:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14972262 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2025 00:43:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14972263 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2025 00:43:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14972264 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14972265 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 14972266 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14972267 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 14990402 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 00:36:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14975036 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14978833 | | Email/Text: mdtaoag@mdta.state.md.us | Dec 11 2025 00:36:00 | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-7600 |
| 14985590 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2025 00:43:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14972270 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14972269 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14976733 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14972268 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2025 00:43:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14972271 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2025 00:36:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14972272 | ^ | MEBN | Dec 11 2025 00:31:15 | Nelnet, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14994226 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14991987 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14977994 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14972274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Syncb/Venmo, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14972273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:44 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14972275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14972276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:42 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14972277 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:52 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14972278 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:47 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14972280 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:52 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14972279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14972281 | ^ | MEBN | Dec 11 2025 00:30:42 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 14988842 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 11 2025 00:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14989610 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 11 2025 00:43:52 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14980807 | ^ | MEBN | Dec 11 2025 00:30:54 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14990404 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15076719 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2006-FX1. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf900 | Total Noticed: 51 |

MATTHEW K. FISSEL
    on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2006-FX1. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG
    on behalf of Debtor Megan A Hurley support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MEGAN HURLEY : Chapter 13
:
Debtor : Bky. No. 25-10326DJB

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **December 10, 2025**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**